UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| VICKIE MADER, | CIV 18-4066 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| LOWE'S HOME CENTERS, LLC, and RONALD HEIDZIG, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Joint Motion for Dismissal, Doc. 46, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against Defendants is dismissed on the merits, with prejudice, each party to bear his or its own costs and fees.

Dated this 15 day of October, 2019.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____